Decided September 5, 2007

---

## FREDERICK VITALE, ADMINISTRATOR (ESTATE OF TREVOR B. VITALE), ET AL. *v.* STEVEN KOWAL ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 101 Conn. App. 691 (AC 27469), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Christopher J. Molyneaux*, in support of the petition.

*John M. Rowan*, in opposition.